

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 9 2003
CLERK, U.S. DISTRICT COURT
By _____
Deputy

DOCKET NO. 1530

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE FLEMING COMPANIES INC. SECURITIES & DERIVATIVE LITIGATION

*Massachusetts State Carpenters Pension Fund v. Fleming Co., Inc., et al.,*
  N.D. Texas, C.A. No. 3:03-460
*Rick Fetterman, et al. v. Mark Hansen, et al.,* N.D. Texas, C.A. No. 3:03-1435

### CONDITIONAL TRANSFER ORDER (CTO-1)

On June 25, 2003, the Panel transferred two civil actions to the United States District Court for the Eastern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable T. John Ward.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Texas and assigned to Judge Ward.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Texas for the reasons stated in the order of June 25, 2003, ____F.Supp.2d____ (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable T. John Ward.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Texas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 27 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By: _____

**INVOLVED COUNSEL LIST (CTO-1)**
**DOCKET NO. 1530**
**IN RE FLEMING COMPANIES INC. SECURITIES & DERIVATIVE LITIGATION**

Timothy S. Durst
Baker Botts, LLP
2001 Ross Avenue, Suite 600
Dallas, TX 75201-2980

David B. Dyer
Secore & Waller, LLP
12221 Merit Drive, Suite 1100
Dallas, TX 75251

William B. Federman
Federman & Sherwood
120 North Robinson Avenue
Suite 2720
Oklahoma City, OK 73102

Lisa Staler Gallerano
Akin, Gump, Strauss, Hauer & Feld, LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201-4618

Terence J. Hart
Munsch, Hardt, Kopf & Harr, P.C.
1445 Ross Avenue, Suite 4000
Dallas, TX 75202

Noel M.B. Hensley
Haynes & Boone, LLP
901 Main Street, Suite 3100
Dallas, TX 75202-3789

Fletcher L. Yarbrough
Carrington, Coleman, Sloman & Blumenthal
200 Crescent Court
Suite 1500
Dallas, TX 75201

Joe Kendall
Provost Umphrey, L.L.P.
3232 McKinney Avenue
Suite 700
Dallas, TX 75204

Darren J. Robbins
Milberg, Weiss, Bershad, Hynes & Lerach, LLP
401 B Street, Suite 1700
San Diego, CA 92101

S. Cass Weiland
Patton, Boggs, L.L.P.
2001 Ross Avenue
Suite 3000
Dallas, TX 75201